■ In the Matter of JOAN DREYER, Respondent, against CARL OSEN, Appellant.— In a filiation proceding, the appeal, as limited by appellant's brief, is from so much of an order (designated in the notice of appeal as an order and judgment) of the Children's Court, Nassau County, (1) adjudging appellant to be the father of a child born out of wedlock and (2) directing

him to pay $10 a week for the support of the child and to pay for the usual "shots" for the said child, as directs appellant to pay $10 a week. Order insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.